**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Sutter 551 corp

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  83-3337445

4. **Debtor's address**

   **Principal place of business**
   551 Sutter ave
   Number    Street

   Brooklyn  NY  11207
   City      State ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State   ZIP Code

5. **Debtor's website (URL)**

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor __Sutter 551 Corp_____ Case number (if known)_____
   Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
    MM / DD / YYYY

X _/s/ [signature]_____    Faison Fletcher
Signature of authorized representative of debtor   Printed name

Title _Sole Member_____

**18. Signature of attorney**

X _____   Date _____
Signature of attorney for debtor       MM / DD / YYYY

Printed name _____

Firm name _____

Number Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:

Sutter 551 Corp
551 Sutter Ave
Brooklyn, NY 11207

Case No.

Chapter 7

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44

Rev. 11/15

# Matrix

Wells Fargo Bank, N A
Home Mortgage Dept
P O Box 10335
Des Moines, IA 50306-0335


Caliber Home Loans
P.O. Box 24610
Oklahoma City, OK 73124

**Fill in this information to identify the case and this filing:**

Debtor Name __Sutter 551 Corp__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number (If known): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     X _____signature_____
         MM / DD / YYYY                 Signature of individual signing on behalf of debtor

Faison Fletcher
Printed name

Sole Member
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Sutter 551 Corp_____

United States Bankruptcy Court for the: __Eastern_____ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $ __450,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ _____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $ __450,000.00__

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. + $ _____

4. **Total liabilities**................................................................................................................................... $ __450,000.00__
   Lines 2 + 3a + 3b

Official Form 206Sum       Summary of Assets and Liabilities for Non-Individuals       page 1

**Fill in this information to identify the case:**

Debtor name __Sutter 551 Corp__

United States Bankruptcy Court for the: __Eastern__  District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand  $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   3.1. _____    _____    ____ ____ ____ ____    $_____
   3.2. _____    _____    ____ ____ ____ ____    $_____

4. Other cash equivalents *(Identify all)*
   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 1

Debtor  Sutter 551 Corp  
      Name

Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____ $_____

    8.2. _____ $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.  $_____

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                               **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ − _____ = ........→    $_____  
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ − _____ = ........→    $_____  
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $_____

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                               **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____  
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                             % of ownership:

    15.1. _____    _____%    _____    $_____  
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____  
    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.  $_____

Debtor __Sutter 551 Corp_____    Case number (if known)_____
          Name

## Part 5:  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. Raw materials
    _____    __MM / DD / YYYY__    $_____    _____    $_____

20. Work in progress
    _____    __MM / DD / YYYY__    $_____    _____    $_____

21. Finished goods, including goods held for resale
    _____    __MM / DD / YYYY__    $_____    _____    $_____

22. Other inventory or supplies
    _____    __MM / DD / YYYY__    $_____    _____    $_____

23. Total of Part 5
    Add lines 19 through 22. Copy the total to line 84.                                                     $_____

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

28. Crops—either planted or harvested
    _____    $_____    _____    $_____

29. Farm animals  Examples: Livestock, poultry, farm-raised fish
    _____    $_____    _____    $_____

30. Farm machinery and equipment  (Other than titled motor vehicles)
    _____    $_____    _____    $_____

31. Farm and fishing supplies, chemicals, and feed
    _____    $_____    _____    $_____

32. Other farming and fishing-related property not already listed in Part 6
    _____    $_____    _____    $_____

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 3

Debtor   Sutter 551 Corp
         ———————————————
         Name

Case number (if known) _____

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. Office furniture | $ _____ | _____ | $ _____ |
    | 40. Office fixtures | $ _____ | _____ | $ _____ |
    | 41. Office equipment, including all computer equipment and communication systems equipment and software | $ _____ | _____ | $ _____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    | | | | |
    |---|---|---|---|
    | 42.1 _____ | $ _____ | _____ | $ _____ |
    | 42.2 _____ | $ _____ | _____ | $ _____ |
    | 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor  Sutter 551 Corp
        Name

Case number *(if known)*_____

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

   47.1_____ $_____ _____ $_____
   47.2_____ $_____ _____ $_____
   47.3_____ $_____ _____ $_____
   47.4_____ $_____ _____ $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1_____ $_____ _____ $_____
   48.2_____ $_____ _____ $_____

49. Aircraft and accessories

   49.1_____ $_____ _____ $_____
   49.2_____ $_____ _____ $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

   _____ $_____ _____ $_____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

                                                                                                                                                $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
☐ No
☐ Yes

Debtor    Sutter 551 Corp
_____Name_____                                        Case number (if known)_____

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 551 Sutter Ave, Bklyn, NY 11207 | | $ | | $ 450,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $ 450,000.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☑ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.     $

Debtor   Sutter 551 Corp                                    Case number (if known)_____
         Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                                      Current value of
                                                                                                      debtor's interest

71. Notes receivable
    Description (include name of obligor)
    _____   _____ − _____ = →  $_____
                                               Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____
    _____                        Tax year _____  $_____

73. Interests in insurance policies or annuities
    _____                                              $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
    _____                                              $_____
    Nature of claim        _____
    Amount requested       $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
    _____                                              $_____
    Nature of claim        _____
    Amount requested       $_____

76. Trusts, equitable or future interests in property
    _____                                              $_____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership
    _____                                              $_____
    _____                                              $_____

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.                                  $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property              page 7

Debtor  Sutter 551 Corp
         Name

Case number (if known)_____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* ............................................→ | | $ 450,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column. ............ 91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ........................................................   $ 450,000.00